IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:20cr102-MHT
                            )            (WO)
KEYIWAN RECHARD HUMPHREY    )
```

ORDER

Based on the representations made on the record during the status conference on October 28, 2020, it is ORDERED that:

(1) Defense counsel is allowed until November 6, 2020, to file the complete report of the forensic psychologist regarding defendant Keyiwan Rechard Humphrey's competency.

(2) By November 10, 2020, the parties are each to file a brief addressing: (a) whether the issue of competency may be resolved on the record (that is, based solely on the report of the forensic psychologist) or whether the court must hold a hearing;

(b) if the court must hold a hearing, whether that hearing must be in person or whether it can be held via videoconferencing; and (c) if videoconferencing is allowed, whether the defendant must (and whether he can) waive his rights to an in-person hearing.

DONE, this the 30th day of October, 2020.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE