IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )         2:20cr102-MHT
                             )              (WO)
KEYIWAN RECHARD HUMPHREY     )
```

ORDER

Based on the representations made on the record during the status conference on December 10, 2020, it is ORDERED that:

(1) Upon the release of defendant Keyiwan Rechard Humphrey from custody, the government is to arrange for an outpatient mental competency evaluation and to file the report with the court no later than January 29, 2021.

(2) A competency hearing is set for February 5, 2021, at 10:00 a.m.  Due to the pandemic, the clerk of the court is to arrange for the hearing to be conducted by videoconferencing.  *See United States v. Baldovinos*, 434 F.3d 233, 238 (4th Cir. 2006); *United States v. Baker*, 45 F.3d 837, 841 (4th Cir. 1995); *United States*

*v. Rivera-Diaz*, No. CR 07-1382, 2008 WL 5082162, at *2-3 (D. Ariz. Nov. 26, 2008) (Campbell, J.).

(3) Defense counsel is to arrange for defendant Humphrey to participate by videoconferencing.

(4) All experts are to appear by videoconferencing.

(5) The parties need not file any additional briefs as required by the court's order of October 30, 2020 (doc. no. 70).

DONE, this the 10th day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2