IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )       CRIMINAL ACTION NO.
  v.                         )          2:20cr102-MHT
                             )              (WO)
KEYIWAN RECHARD HUMPHREY     )
```

ORDER

Based on the representations made on the record during the status conference on February 3, 2021, it is ORDERED that plaintiff's oral motion to continue (doc. no. 107) is granted, and the competency hearing now scheduled for February 5, 2021, is reset for February 26, 2021, at 10:00 a.m.  The courtroom deputy is to arrange for the hearing to be conducted by videoconferencing.

In addition to considering the issue of defendant Keiwan Rechard Humphrey's competency, the court will address the question of whether there is a need to commit Humphrey to the custody of the Bureau of Prisons for a more thorough longitudinal evaluation.

DONE, this the 3rd day of February, 2021.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE