IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr102-MHT** |
| | ) | **(WO)** |
| **KEYIWAN RECHARD HUMPHREY** | ) | |

### ORDER

Based on the representations made on the record on October 19, 2021, it is ORDERED that the government's motion for competency hearing (Doc. 140) is granted and that a hearing on the Federal Bureau of Prisons forensic psychological report (Doc. 138) is set for October 29, 2021, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that, by 5:00 p.m. on October 27, 2021, the parties are to file briefs as to what the applicable legal standard is and what the next steps in

this case should be in light of that law.

DONE, this the 20th day of October, 2021.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE